# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ARROW ELECTRONICS, INC. § § § V § SIGN INNOVATIONS, INC., d/b/a § GENESIS LED SOLUTIONS § | CASE NO.  4:11cv436 (Judge Schneider/Judge Mazzant) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On October 12, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment against Sign Innovations, Inc. d/b/a Genesis LED Solutions (Dkt. #9) should be GRANTED

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. #9) is GRANTED.

It is further ORDERED as follows:

1.  Default Judgment in the amount of $130,475.72 is entered against Defendant Sign Innovations, Inc., d/b/a Genesis LED Solutions.

2. The Judgment amount shall accrue post-judgment interest at the maximum rate allowed by law.

3. Plaintiff is entitled to all writs and process necessary to enforce this judgment.

4. The Court awards Plaintiff court costs.

**It is SO ORDERED.**

**SIGNED this 3rd day of November, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE